## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD RENE WASHINGTON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **CIVIL ACTION NO. 98-1043-WS** |
| **v.** | ) | |
| | ) | **CRIMINAL ACTION NO. 93-00111** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On April 6, 2005, the petitioner filed a notice of appeal. (Doc. 636). Although he did not also file an application for issuance of a certificate of appealability ("COA"), as required by 28 U.S.C. § 2253(c), "[d]istrict courts must treat notices of appeal filed by petitioners following a denial of either a section 2254 or a section 2255 petition as applications for COAs." *Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

"A certificate of appealability may issue ... only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). With respect to grounds rejected on their merits, to obtain a COA the petitioner must show that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001)(internal quote omitted). With respect to grounds rejected for procedural deficiencies, the petitioner must show that "jurists of reason would find it debatable both whether the petition states a valid claim of the denial of a constitutional right and whether the district court was correct in its procedural ruling." *Id*. (internal quotes omitted).

The notice of appeal does not identify the issue or issues the petitioner intends to raise on appeal. Because, as reflected in the Court's order denying his motion to vacate, (Doc. 631), none of the petitioner's claims is accompanied by a substantial showing of the denial of a constitutional right, he is not entitled to a certificate of appealability regardless of the issues he

intends to raise.  Accordingly, the petitioner's deemed application for a COA is **denied**.

DONE and ORDERED this 25th day of April, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE